# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERTS ARNOLD KEMPER, SR.,**

    **Plaintiff,**

 v.                                   **Case No.:  2:14-cv-2174**
                                                  **JUDGE GEORGE C. SMITH**
                                                  **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on March 23, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  This case is hereby dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk shall remove Document 10 from the Court's pending motions list.

    **IT IS SO ORDERED.**

                                                           */s/ George C. Smith*
                                                           **GEORGE C. SMITH, JUDGE**
                                                           **UNITED STATES DISTRICT COURT**